JILL GARCIA, ESQ.
jill.garcia@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888
*Attorneys for Defendant Legacy Traditional School*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| WADE MCAFEE ED.D an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>LEGACY TRADITIONAL SCHOOL – NEVADA, INC., a Domestic Non-Profit Corporation; DOES I-X; and ROE CORPORATIONS I-X,<br><br>Defendants. | Case No.: 2:19-cv-00811-JCM-CWH<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

Pursuant to LR 6-1, 6-2, and 7-1, Defendant Legacy Traditional School-Nevada, Inc. ("Defendant") and Plaintiff Wade McAfee ("Plaintiff"), by and through their undersigned counsel, have agreed to extend the time for Defendant to file a response to Plaintiff's Complaint.

Plaintiff's Complaint was filed on May 10, 2019 (ECF No. 1). Resident Agent for Defendant was served with a copy of the Summons and Complaint on May 15, 2019, making a response due on June 5, 2019. Due to a miscommunication between Defendant and its Resident Agent, Defendant did not learn of the service until June 25, 2019, when counsel checked the Court's Docket.

//

//

//

Therefore, in order to provide defense counsel adequate time to respond, the parties have agreed that Defendant may have up to and including July 16, 2019, to respond to the Complaint.

**IT IS SO STIPULATED:**

Dated this 27th day of June, 2019

| | |
|---|---|
| HKM EMPLOYMENT ATTORNEYS, LLP | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| /s/ Jenny L Foley | /s/ Jill Garcia |
| Jenny L. Foley<br>Marta D. Kurshumova<br>1785 East Sahara Avenue<br>Suite 300<br>Las Vegas, NV 89104<br>Telephone: 702.625-3893<br>*Attorneys for Plaintiff Wade McAfee* | Jill Garcia<br>3800 Howard Hughes Parkway<br>Suite 1500<br>Las Vegas, NV 89169<br>Telephone: 702.369.6800<br>*Attorneys for Defendant Legacy Traditional School-Nevada, Inc.* |

**ORDER**

IT IS SO ORDERED.

DATED: **Jul 01, 2019**

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800