JILL GARCIA, ESQ.
jill.garcia@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888
*Attorneys for Defendant Legacy Traditional School*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| WADE MCAFEE ED.D an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>LEGACY TRADITIONAL SCHOOL – NEVADA, INC., a Domestic Non-Profit Corporation; DOES I-X; and ROE CORPORATIONS I-X,<br><br>Defendants. | Case No.: 2:19-cv-00811-JCM-CWH<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>(*Second Request*) |

Pursuant to LR 6-1, 6-2, and 7-1, Defendant Legacy Traditional School-Nevada, Inc. ("Defendant") and Plaintiff Wade McAfee ("Plaintiff"), by and through their undersigned counsel, have agreed to a one-week extension of time, up to and including July 23, 2019, for Defendant to file a response to Plaintiff's Complaint. The present deadline for Defendant to file its response is July 16, 2019. This is the parties' second request for an extension of time for Defendant to file its response.

This Stipulation is made in good faith and is not intended for purposes of delay. The Defendant is in the process of finalizing responsive pleadings. Therefore, the parties respectfully

request a one-week extension of time up to and including July 23, 2019 for Defendant to file its response to Plaintiff's Complaint.

**IT IS SO STIPULATED:**

Dated this 16th day of July, 2019

| HKM EMPLOYMENT ATTORNEYS, LLP | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| */s/ Jenny L. Foley* <br> Jenny L. Foley <br> Marta D. Kurshumova <br> 1785 East Sahara Avenue <br> Suite 300 <br> Las Vegas, NV 89104 <br> Telephone: 702.625-3893 <br> *Attorneys for Plaintiff Wade McAfee* | */s/ Jill Garcia* <br> Jill Garcia <br> 3800 Howard Hughes Parkway <br> Suite 1500 <br> Las Vegas, NV 89169 <br> Telephone: 702.369.6800 <br> *Attorneys for Defendant Legacy Traditional School-Nevada, Inc.* |

**ORDER**

IT IS SO ORDERED:

_____
U.S. MAGISTRATE JUDGE

July 17, 2019
_____
DATED

2