# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| WADE MCAFEE ED.D,<br><br>        Plaintiff,<br><br>vs.<br><br>LEGACY TRADITIONAL SCHOOL NEVADA, INC.,<br><br>        Defendant. | 2:19-cv-00811-JCM-DJA<br><br>**ORDER** |

Before the court is Defendant's Request for Exception to In-Person Attendance of Insurance Carrier Representative at Early Neutral Evaluation Session (ECF No. 14).

Accordingly,

IT IS HEREBY ORDERED that any opposition must be filed on or before October 30, 2019. No reply needed.

DATED this 22nd day of October, 2019.

                                                                                         CAM FERENBACH
                                                                                         UNITED STATES MAGISTRATE JUDGE