# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| WADE MCAFEE ED.D, <br><br> Plaintiff, <br><br> vs. <br><br> LEGACY TRADITIONAL SCHOOL NEVADA, INC., <br><br> Defendant. | 2:19-cv-00811-JCM-DJA <br><br> **ORDER** |

Before the court is Defendant's Request for Exception to In-Person Attendance of Insurance Carrier Representative at Early Neutral Evaluation Session (ECF No. 14). Plaintiff has filed a notice of non-opposition to Defendant's Legacy Traditional School-Nevada Inc.'s Request for Exception to ENE Attendance (ECF NO. 16).

Accordingly,

IT IS HEREBY ORDERED that Defendant's Request for Exception to In-Person Attendance of Insurance Carrier Representative at Early Neutral Evaluation Session (ECF No. 14) is GRANTED.

Defendant's Insurance Carrier Representative must be available by telephone for the entire duration of the Early Neutral Evaluation session.

DATED this 25th day of October, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE