JILL GARCIA, ESQ.
Nevada Bar No. 7805
jill.garcia@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorney for Defendant Legacy Traditional
School – Nevada, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| WADE MCAFEE Ed.D an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>LEGACY TRADITIONAL SCHOOL – NEVADA, INC., a Domestic Non-Profit Corporation; DOES I-X; and ROE CORPORATIONS I-X,<br><br>Defendants. | Case No.: 2:19-cv-00811-JCM-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

    Defendant Legacy Traditional School-Nevada, Inc. ("Defendant") and Plaintiff Wade McAfee ("Plaintiff"), by and through their undersigned counsel, hereby stipulate that all claims Plaintiff had, or may have had, against Defendant that are contained herein, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed with prejudice in their entirety.

. . .

. . .

. . .

Each party to bear their own fees and costs.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 10th day of January, 2020. | DATED this 10th day of January, 2020. |
| HKM Employment Attorneys, LLP | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| /s/ Jenny L. Foley | /s/ Jill Garcia |
| Jenny L. Foley | Jill Garcia |
| Nevada Bar No. 9017 | Nevada Bar No. 7805 |
| Marta D. Kurshumova | 3800 Howard Hughes Parkway |
| Nevada Bar No. 14728 | Suite 1500 |
| 1785 East Sahara | Las Vegas, NV 89169 |
| Suite 300 | *Attorney for Legacy Traditional School - Nevada, Inc.* |
| Las Vegas, NV 89104 | |
| *Attorneys for Plaintiff Wade McAfee* | |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

January 14, 2020
_____
DATE